# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JARED ALAN CARTER,** a minor, by his Mother and Next Friend, **GLENNA CARTER,** ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CASE NO. 07-cv-245-PMF |
| **GRINNELL MUTUAL REINSURANCE COMPANY,** ) ) ) | |
| Defendant/Counter-Plaintiff, ) ) | |
| vs. ) ) | |
| **TANNER MCVAIGH,** a minor; **REBECCA McVAIGH; DANNY McVAIGH; LINDA GEISE;** and **JARED ALAN CARTER,** a minor, by his Mother and Next Friend, **GLENNA CARTER;** ) ) ) ) ) ) | |
| Counter-Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision rendered.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that summary judgment be, and it is, hereby, entered on the Complaint against plaintiff Jared Alan Carter, a minor, by his mother and next friend Glenna Carter and in favor of defendant Grinnell Mutual Reinsurance Company.

**IT IS FURTHER ORDERED AND ADJUDGED** that default judgment be, and it is, hereby, entered in favor of counter-plaintiff Grinnell Mutual Reinsurance Company and against counter-defendants Rebecca McVaigh, Danny McVaigh, and Linda Geise.

**IT IS FURTHER ORDERED AND ADJUDGED** that summary judgment be, and it is,

hereby, entered on the Counterclaim in favor of counter-plaintiff Grinnell Mutual Reinsurance Company and against counter-defendants Tanner McVaigh, a minor and Jared Alan Carter, a minor, by his mother and next friend, Glenna Carter.

    **DATED: August 8, 2008**        **NORBERT G. JAWORSKI, CLERK**

        **By: s/Karen R. Metheney**
        **Deputy Clerk**

**APPROVED:**


*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**